## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NARINDER S. GREWAL, PRITPAL GREWAL, AND NARINDER S. GREWAL MD, A MEDICAL CORPORATION, )<br><br>Plaintiffs, )<br><br>v. )<br><br>THE UNITED STATES, )<br><br>Defendant. ) | 15-660 T<br>(Judge Thomas C. Wheeler) |

### NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Jason S. Selmont as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

> Jason S. Selmont, Esquire
> Trial Attorney
> U.S. Department of Justice
> Tax Division
> Court of Federal Claims Section
> Post Office Box 26
> Ben Franklin Station
> Washington, DC 20044

Dated: July 15, 2015

> /s/ Jason S. Selmont
> Jason S. Selmont, Esquire
> Trial Attorney
> U.S. Department of Justice
> Tax Division
> Court of Federal Claims Section
> (202) 616-3338
> Fax: (202) 514-9440