IN THE UNITED STATES COURT OF FEDERAL CLAIMS
_____

No. 15-660 T
(Judge Thomas C. Wheeler)

NARINDER S. GREWAL, PRITPAL GREWAL, AND
NARINDER S. GREWAL MD, A MEDICAL CORPORATION,

          Plaintiffs,

v.

THE UNITED STATES,

          Defendant.
_____

UNITED STATES' MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT
_____

The United States respectfully moves the Court for an enlargement of 45 days, from August 24, 2015, to and including October 8, 2015, within which to answer or otherwise respond to plaintiffs' complaint (Dkt. No. 1). This is the first enlargement requested for this purpose.

Defendant requests the additional time because it has not yet received from the Internal Revenue Service its defense recommendation and administrative files. Receipt and review of the IRS's views and administrative files are necessary for filing a response to plaintiffs' complaint.

Plaintiffs have advised that they have no objection to the enlargement of time.

1

Respectfully submitted,

August 13, 2015

  s/ Jason S. Selmont_____
JASON S. SELMONT
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Tel: (202) 616-3338
Fax: (202) 514-9440
Jason.S.Selmont@usdoj.gov

CAROLINE D. CIRAOLO
Acting Assistant Attorney General
DAVID I. PINCUS
Chief, Court of Federal Claims Section


  s/ David I. Pincus_____
Of Counsel

Attorneys for the United States