# In the United States Court of Federal Claims

No. 15-660T

(Filed: August 17, 2015)

```
*************************************
                                    *
NARINDER S. GREWAL, et al.,         *
                                    *
              Plaintiffs,           *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
              Defendant.            *
                                    *
*************************************
```

ORDER

On August 13, 2015, counsel for the Government filed an unopposed motion for a 45-day enlargement of time within which to file its answer to the complaint in this case. The current due date for the answer is August 24, 2015. For good cause shown, the Government's motion is GRANTED. Counsel for the Government shall file its answer on or before October 8, 2015.

IT IS SO ORDERED.

s/Thomas C. Wheeler<br>
THOMAS C. WHEELER<br>
Judge