IN THE UNITED STATES COURT OF FEDERAL CLAIMS
_____

No. 15-660 T

(Judge Thomas C. Wheeler)

NARINDER S. GREWAL,
PRITPAL GREWAL, AND
NARINDER S. GREWAL MD, A MEDICAL CORPORATION

                                                                           Plaintiffs,

v.

THE UNITED STATES,

                                                                           Defendant.

_____

JOINT MOTION FOR SUSPENSION OF PROCEEDINGS
_____

The parties hereby respectfully move for an order suspending proceedings in this case, including the filing of defendant's answer.

The parties have engaged in discussions to resolve the case without further litigation. Defendant's trial attorney has received the formal views of the Internal Revenue Service recommending an administrative resolution of the case. The Tax Division has approved a settlement of this case on behalf of the Attorney General. The parties accordingly request that the Court suspend the proceedings in this case pending the adjustments to the taxpayers' accounts and the issuance of refund checks. The parties will file a stipulation of dismissal upon receipt of the refund checks and the IRS's Notice of Adjustment.

The parties propose that, during the suspension (assuming this motion is granted), a joint status report be filed every 90 days.

Respectfully submitted,

09/30/2015                         */s/ David S. Neufeld*
                                            David S. Neufeld, Esq.
Attorney of Record
Law Office of David Neufeld
5 Vaughn Drive, Suite 201
Princeton, NJ 08540
Telephone: (609) 919-0919
david@davidneufeldlaw.com

Attorney for Plaintiffs


09/30/2015                         */s/ Jason S. Selmont*
JASON S. SELMONT
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Tel:  (202) 616-3338
Fax: (202) 514-9440
Jason.S.Selmont@usdoj.gov

CAROLINE D. CIRAOLO
   Acting Assistant Attorney General
DAVID I. PINCUS
   Chief, Court of Federal Claims Section


09/30/2015                         */s/ David I. Pincus*
Of Counsel

Attorneys for Defendant

13133584.1